IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

Motion GRANTED.

1.  KITAKIAMMA BANKS, for herself and her )
    next of kin and natural daughter, )
2   KHALAAYLAN O'NEAL, a minor; )
3.  KHARI BANKS; )
4.  KENNETH CLEMMONS; )
5   TYMEKKIA CLEMMONS; )
6   CHONTA R. NEALOUS; )
7.  DE'ONTRE RAMON NEALOUS; )
8.  WILLIAM SMITH, for himself and his )
    next of kin and natural son, )
9.  KYLE SMITH, a minor; )
10. GLENDA ROBERTSON for herself and her )
    next of kin and as custodian of, )
11. RYAN ROBERTSON, a minor child, and )
12. JANA SHARP, a minor; )
13. QUINTON ROBERTSON; )
14. LULA MCCATHERN for herself and her )
    next of kin and natural sons, )
15. CHRIS MCCATHERN, a minor; )
16. CORTEZ MCCATHERN, a minor; )
17. JANICE WATERS; )
18. TIMOTHY DICKERSON; )
19. LAKEYA SAMONE SHANNON for herself )
    and her next of kin and natural daughters, )
20. TYKIA SHANNON, a minor, and )
21. TYSHEONA SHANNON; a minor, and )
22. ALONDRE SHANNON; a minor; )
23. KEPRAYSIA SHANNON; a minor; )
24. GARY HART, for himself and for his )
    next of kin and natural son, )
25. CORDE HART, a minor; )
26. XAVIER NEAL; )
27. QUINTINA CAMPBELL; )
28. GINA BRYANT; )
29. CHANDLER FRAZIER; )
30. FREDDRICKA FRAZIER; )
31. TERRY KIDD for himself and his )
    next of kin and natural children, )
32. JOSHUA KIDD, a minor; )

| | |
|---|---|
| **33. KATILIN TRULOVE, a minor;** ) | |
| **34. KRISTIAN TRULOVE, a minor;** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| **Vs.** ) | **NO: 3:13-CV-0673** |
| ) | **JUDGE TRAUGER** |
| ) | **JURY DEMAND** |
| ) | |
| **CITY OF MT. JULIET, TENNESSEE;** ) | |
| **MATT MANG, individually;** ) | |
| **OFFICER SHORT, individually;** ) | |
| **OFFICER TOY, individually;** ) | |
| **CHERI HASS, individually;** ) | |
| **OFFICER DAVID LEE, individually;** ) | |
| **TRINA GONZALES, individually;** ) | |
| **WOODLAND ARMS APTS., LTD, LP,** ) | |
| **d/b/a Willow Creek Apartments;** ) | |
| **CONCORD MANAGEMENT, LTD, LP,** ) | |
| **d/b/a Willow Creek Apartments;** ) | |
| **THE UNNAMED CITY OF MT. JULIET** ) | |
| **POLICE OFFICERS, individually,** ) | |
| **SPECIALIZED SECURITY** ) | |
| **CONSULTANTS, INC.,** ) | |
| **THE UNNAMED EMPLOYEES OF** ) | |
| **SPECIALIZED SECURITY** ) | |
| **CONSULTANTS, INC., individually,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## MOTION TO FILE DOCUMENT UNDER SEAL

Comes the Plaintiffs and request that this Honorable Court allow the Plaintiffs' Motion for Minor Settlement to be filed under seal. For grounds, the Plaintiffs would show that the information contained in the Motion contains sensitive information about each minor. This Motion is filed pursuant to Administrative Practice and Procedure for ECF, Rule 5.08.

Respectfully Submitted:

/s/ Phillip L. Davidson
Phillip L. Davidson, #6466
Attorney for Plaintiffs
2400 Crestmoor Road, Suite 107
Nashville, TN 37215
(615) 386-7115

/s/ Lawrence D. Wilson
Lawrence D. Wilson, #4076
Attorney at Law
2400 Crestmoor Road
Nashville, Tennessee 37215
(615) 386-7145

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been sent electronically to the Defendants through their attorneys, Luther Wright, Attorney at Law, Sun Trust Plaza, 401 Commerce Street, Suite 1200, Nashville, TN 27215 and Robert Burns, Attorney at Law, Court Square Building, 300 James Robertson Parkway, Nashville, TN 37201 on this date.

/s/ Phillip L. Davidson
Phillip L. Davidson


/s/ Lawrence D. Wilson
Lawrence D. Wilson