# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE, TENNESSEE

| | |
|---|---|
| KITAKIAMMA BANKS, et. al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 3:13-0673 |
| ) | Judge Trauger |
| CITY OF MOUNT JULIET et. al. ) | |
| ) | |
| Defendant. ) | |

## AGREED ORDER SETTING ASIDE ENTRY OF DEFAULT AGAINST SPECIALIZED SECURITY CONSULTANTS, INC

Defendant, Specialized Security Consultants, Inc., along with Plaintiffs, have jointly requested that the Court set aside the Entry of Default entered against Specialized Security Consultants, Inc. Defendant intends to file an answer and further defend this action. (Docket Entry # 67). As evidenced by the signature of respective counsel affixed hereto below, Defendant and Plaintiffs agree that it is appropriate to set aside the Entry of Default entered by the Clerk of the Court (Docket Entry # 65). Accordingly, Court hereby sets aside the Entry of Default entered against Specialized Security Consultants, Inc. (Docket Entry # 65).

_____
Judge

Approved for Entry:

BUTLER SNOW LLP
By: */s/ William S.Walton*
WILLIAM S. WALTON, #11177
150 Third Avenue South
Nashville, TN 37201
(615) 651-6717
Attorneys for Specialized Security Consultants, Inc.

*/s/ Phillip Davidson by WSW by telephonic permission 7-3-2014/*
*email permission 7-7-2014*
Phillip Davidson
Lawrence Wilson
2400 Crestmoor Rd, Suite 319
Nashville, Tennessee 37215
Attorneys for Plaintiffs