IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE, TENNESSEE

**Motion GRANTED.**

| | | |
|---|---|---|
| **KITAKIAMMA BANKS, et. al.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 3:13-0673** |
| | ) | **Judge Trauger** |
| **CITY OF MOUNT JULIET et. al.** | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST SPECIALIZED SECURITY CONSULTANTS, INC

Comes now your Defendant, Specialized Security Consultants, Inc. and, along with Plaintiffs, jointly request that the Court set aside the Entry of Default entered against Specialized Security Consultants, Inc. Defendant intends to file an answer and further defend this action. (Docket Entry # 67). As evidenced by the signature of respective counsel affixed hereto below, Defendant and Plaintiffs agree that it is appropriate to set aside the Entry of Default entered by the Clerk of the Court (Docket Entry # 65), and jointly move the Court to set aside the Entry of Default. A proposed agreed order setting aside the Entry of Default entered against Specialized Security Consultants, Inc. (Docket Entry # 65) is also submitted for the Court's consideration.

Respectively submitted,

BUTLER SNOW LLP

By: */s/ William S.Walton*
WILLIAM S. WALTON, #11177
150 Third Avenue South
Nashville, TN 37201
(615) 651-6717
Attorneys for Specialized Security Consultants, Inc.